FILED
U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

2002 AUG 23 AM 8:37

SIOUX CITY DIV. OFFICE

BY pm

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

Plaintiff,

vs.

Civil No. 01-4013 MWB

BURLINGTON NORTHERN SANTA FE
RAILROAD,

**STIPULATION AND ORDER**

Defendant.

Whereas, on September 18, 2001, Judgment was entered in this case in accordance with the Agreed Order of April 23, 2001, with the Court retaining jurisdiction to entertain any motion seeking enforcement of the Order. The Order provided that it should remain in effect until final disposition of administrative processing of those charges of discrimination against Burlington Northern Santa Fe Railroad ("BNSF") alleging unlawful genetic testing.

Whereas, on May 6, 2002, the Equal Employment Opportunity Commission ("EEOC") and BNSF entered into a settlement in the form of an Agreed Order resolving these charges;

Whereas, the Agreed Order was approved in an Order Approving Settlement and Entering Judgement of Dismissal, entered by the U.S. District Court for the Eastern District of Wisconsin on June 28, 2002, a copy of which is attached.

Therefore, IT IS AGREED:



1. The EEOC has completed its administrative processing of those charges of discrimination against BNSF alleging genetic discrimination.

2. The parties have agreed that all terms of the Agreed Order of April 23, 2001, have been met, the issues is this case have been fully resolved, and this case should be dismissed with prejudice.

3. The parties will take no further enforcement proceedings under the provisions of the Agreed Order of April 23, 2001.

So Agreed:

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Dated: August 19, 2002

By: *Laurie A. Vasichek*
Laurie A. Vasichek (Reg. No. 0171438)
Senior Trial Attorney

Minneapolis Area Office
330 Second Avenue South, Suite 430
Minneapolis, Minnesota 55401
(612) 335-4061

THE BURLINGTON NORTHERN AND
SANTA FE RAILWAY COMPANY

Dated: August 13, 2002

By: *Lawrence M. Stroik*
Lawrence M. Stroik

2500 Lou Menk Drive
Fort Worth, Texas 76131-2828
Attorney for BNSF
(817) 352-2360

2

IT IS SO ORDERED.

Dated this 22nd day of August, 2002.

_____
Mark W. Bennett
Chief Judge, U.S. District Court
Northern District of Iowa

Copies mailed on 8/23/02
to counsel of record or pro se
parties as shown on the docket
sheet.

_____
Deputy Clerk

3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THE BURLINGTON NORTHERN<br>AND SANTA FE RAILWAY COMPANY,<br><br>Defendant. | <br><br>Case No. 02-C-0456 |

ORDER APPROVING SETTLEMENT AND ENTERING JUDGMENT OF DISMISSAL

This matter is before the ocurt on the complaint of the Equal Employment Opportunity Commission filed May 8, 2002, against The Burlington Northern and Santa Fe Railway Company under Title I and Title V of the Americans with Disabilities Act of 1990 to correct unlawful employment practices on the basis of disability and to provide appropriate relief to David Escher, Gary Avary, John Wiebelhaus, Timothy Nordloef, Charles Nelson, Lyle Hinman, Steven Keil, Brad Watson, Dana McEachern, Juan Obaya, Virgil Jackson, Robert Damyanovich, and other persons similarly situated, who were adversely affected by such practices.

Also before the court is a stipulation, entitled Agreed Order, and attached exhibits requesting dismissal of this case and retention of jurisdiction to enforce said

agreement. After reviewing the documents on file and a telephonic conference with the parties,

IT IS HEREBY ORDERED that:

1. The court has jurisdiction over the subject matter of this action and over the parties for the purposes of the settlement agreement.

2. The terms of the settlement agreement are fair, reasonable and adequate.

3. The "Agreed Order" is approved.

4. The court retains jurisdiction to enforce the aforesaid "Agreed Order."

5. This case is dismissed.

Dated at Milwaukee, Wisconsin, this 28th day of June, 2002.

BY THE COURT

C. N. CLEVERT
U. S. District Judge

2

AO 72A
(Rev.8/82)

This _28th_ day of _June_, 2002, pursuant to Rule 77(d) Federal Rules of Civil Procedure, copies of this document were mailed by _M Jones_ to the following parties:

Attorney Jean P. Kamp
Attorney Laurie Vasichek
EEOC
301 West Wisconsin Ave., Suite 800
Milwaukee, WI 53203

Attorney Lawrence M. Stoik
2500 Lou Menk Drive, 3rd Floor
Fort Worth, Texas 76131-2828

Attorney Russell Ingebritson
Ingebritson & Associates, LLP
100 South Fifth St., Suite 450
Minneapolis, MN 55402-1212